USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/18/2020__

**O S B O R N  L A W, P.C.**
43 West 43rd Street, Suite 131
New York, New York 10036

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800
FACSIMILE
212 - 500 - 5115

May 18, 2020

**VIA ECF**

Honorable Stewart D. Aaron
United States District Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re: *Torres v. Commissioner of Social Security,*
        <u>Civil Action No. 19-cv-8610-SDA</u>

Dear Judge Aaron,

  We write on behalf of plaintiff, Daniel Delgado Torres, and with the consent of the defendant to request an extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is currently due on **May 19, 2020**. Plaintiff requested, and the Court granted, two prior extensions of time.

  This extension is respectfully requested because when preparing Plaintiff's brief, counsel noticed that the Administrative Record filed on January 6, 2020 does not include the transcript from a hearing conducted before the Administrative Law Judge on March 20, 2018. The Agency is looking into the omission and supplementing the Administrative Record, but the Agency has not provided a date that it will be able to provide the Supplemental Record. Plaintiff respectfully requests an additional 7 days from the date that the Supplemental Record is filed to file his brief.

Honorable Stewart D. Aaron
May 18, 2020
Page 2

Subject to the approval of the Court, the parties have agreed to the following amended briefing schedule:

a. Plaintiff to serve his motion within **7 days** of the filing of the Supplemental Record;
b. Defendant to serve its response/cross-motion within **60 days** of Plaintiff's Motion for Judgment on the Pleadings; and
c. Plaintiff to serve his reply, if any, within **21 days** of Defendant's response/cross-motion.

Thank you for your consideration of this request.

Request DENIED WITHOUT PREJUDICE. The Court will not grant open-ended extensions. The parties shall meet and confer and propose new dates as to when the Commissioner will file a supplemental administrative record, and when the subsequent motion, response and cross motion, and reply are due. SO ORDERED. Dated: 5/18/2020

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)