UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Delgado Torres,

                            Plaintiff,

-against-

Commissioner of Social Security,

                            Defendant.

1:19-cv-08610 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREFORE, the Plaintiff's motion for judgment on the pleadings was due to be filed on May 19, 2020 (*see* ECF No. 22); and

WHEREAS and Plaintiff's motion for an extension of time was denied without prejudice (*see* ECF No. 24);

IT IS HEREBY ORDERED THAT Plaintiff shall, no later than Wednesday, May 27, 2020, file a joint proposed scheduling Order setting forth the dates when (1) the Commissioner's supplemented administrative record, (2) Plaintiff's motion, (3) the Commissioner's cross motion, and (4) a reply, if any, will be due. Absent any proposed scheduling Order, the Court will schedule dates *sua sponte*.

**SO ORDERED.**

DATED:    New York, New York
              May 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge