# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**Daniel Delgado Torres,**

               Plaintiff,                              19 **CIVIL** 8610 (SDA)

        -against-                                 **JUDGMENT**

**Commissioner of Social Security,**

               Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 5, 2021, the Commissioner's motion is GRANTED and Plaintiff's motion is DENIED

**Dated:** New York, New York
         March 5, 2021

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                             **BY:**

                                                                  **Deputy Clerk**